IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE A. WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | 8:05CV195 |
| ) | |
| v. ) | |
| ) | |
| SOCIAL SECURITY ) | ORDER |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

The Clerk's Office has requested that Document Number 4 be stricken from the record for the following reason:

- Summons returned have to be filed individually as to each party.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 4 from the record. The party is directed to re-file each document separately.

DATED this 26th day of May, 2005.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge