IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE A. WILLIAMSON, ) | |
| ) | 8:05CV195 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Plaintiff's motion for an extension of time to file a brief (Filing No. 13).

The motion shall be granted. However, absent most unusual circumstances,[1] another extension of timer will not be granted at the Plaintiff's request.

IT IS ORDERED:

1.    The Plaintiff's motion (Filing No. 13) is granted; and

2.    The Plaintiff shall file a brief on or before August 4, 2005, and the three-day mailing rule does not apply.

DATED this 5th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] No good cause was shown for the requested extension.