IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE A. WILLIAMSON,   )   | |
|   ) | 8:05CV195 |
| Plaintiff,   ) | |
|   ) | |
| v.   ) | ORDER |
|   ) | |
| JO ANNE B. BARNHART,   ) | |
| COMMISSIONER OF THE SOCIAL   ) | |
| SECURITY ADMINISTRATION,   ) | |
|   ) | |
| Defendant.   ) | |

This matter is before the Court on the Defendant's amended motion for an extension of time to file a brief (Filing No. 17).

IT IS ORDERED:

1. The Defendant's amended motion (Filing No. 17) is granted;

2. The Defendant shall file a brief on or before October 6, 2005, and the three-day mailing rule does not apply; and

3. The Defendant's motion for extension of time (Filing No. 16) is denied as moot.

DATED this 7th day of September, 2005.

BY THE COURT:

United States District Judge