IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE A. WILLIAMSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>COMMISSIONER OF THE SOCIAL )<br>SECURITY ADMINISTRATION, )<br>)<br>Defendant. ) | 8:05CV195<br><br>AMENDED ORDER |

This matter is before the Court on the Defendant's amended motion for an extension of time to file a brief (Filing No. 17).

IT IS ORDERED:

1. The Defendant's amended motion (Filing No. 17) is granted;

2. The Defendant shall file a brief on or before October 6, 2005, and the three-day mailing rule does not apply; and

3. The Defendant's motion for extension of time (Filing No. 16) is denied as moot.

DATED this 8th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge