## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOE A. WILLIAMSON,** | ) | **CASE NO. 8:05CV195** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REMAND ORDER** |
| | ) | |
| **JO ANNE B. BARNHART, COMMISSIONER of the SOCIAL SECURITY ADMINISTRATION,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the mandate issued by the United States Court of Appeals for the Eighth Circuit, which was based upon the Commissioner's unopposed motion to remand,

IT IS ORDERED:

This action is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the proceedings on appeal.

DATED this 16th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge