IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOE A. WILLIAMSON, | ) | CASE NO. 8:05CV195 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | ON ATTORNEY FEES |
| MICHAEL ASTRUE, Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 filed by attorney Thomas A. Krause on behalf of Plaintiff Joe A. Williamson. (Filing No. 35). The motion is supported with evidence consistent with the local rules of the Court. In response to the motion, the Defendant reports that the parties have reached a stipulation with respect to fees, expenses and costs. (Filing No. 36). Having reviewed the relevant filings, the Court approves the parties' stipulation. For these reasons,

IT IS ORDERED:

1. The Motion for Attorney Fees pursuant to the Equal Access to Justice Act (Filing No. 35) is granted;

2. By separate document, the Court shall enter judgment for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees of $7,500.00;

3. Payment of the attorney fee award shall be made to Plaintiff's attorneys; and

4. Plaintiff shall be reimbursed for the filing fee in the amount of $705.00 from the Judgment Fund administered by the United States Treasury.

DATED this 27th day of April, 2007.

                        BY THE COURT:

                        s/Laurie Smith Camp
                        United States District Judge